NO. 25-CI-003431                                                                JEFFERSON CIRCUIT COURT
DIVISION ONE (1)
HON. ERIC HANER

AMANDA BURDETTE-MORGAN                                   PLAINTIFF

v.                            **NOTICE OF REMOVAL**

FOODLINER INC. *ET AL*.                                              DEFENDANTS

\* \* \* \* \*

       This is defendants Foodliner Inc. and James E. Hargrove's notice that they have this day filed in the United States District Court for the Western District of Kentucky at Louisville a Notice of Removal of this case to that court. A true and complete copy of the defendants' Notice of Removal is attached hereto and filed herewith pursuant to 28 U.S.C. §1446(d).

                                                               BOEHL STOPHER & GRAVES, LLP

                                                               */s/Matthew B. Gay*
                                                               Matthew B. Gay
                                                               400 West Market Street, Suite 2300
                                                               Louisville, KY 40202
                                                               Phone: (502) 589-5980
                                                               Fax: (502) 561-9400
                                                               mgay@bsg-law.com
                                                               COUNSEL FOR DEFENDANTS

**EXHIBIT 3**

2

## CERTIFICATE OF SERVICE

It is hereby certified that on the 2nd day of June 2025 the foregoing was electronically mailed and electronically filed via the Kentucky Court of Justice eFiling system which will send notice of electronic filing to the following:

Adrian Mendiondo  
Sarah Mustian  
Morgan & Morgan, Kentucky, PLLC  
333 West Vine St., Suite 1200  
Lexington, KY 40507  
amendiondo@forthepeople.com  
sarah.mustian@forthepeople.com  
COUNSEL FOR PLAINTIFF

                                                             */s/Matthew B. Gay*  
                                                             COUNSEL FOR DEFENDANTS

**EXHIBIT 3**