UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | |
|---|---|
| AMANDA BURDETTE-MORGAN )<br>)<br>    PLAINTIFF )<br>)<br>v. )<br>)<br>FOODLINER INC. *ET AL*. )<br>)<br>    DEFENDANTS )<br>) | Civil Action No. 3:25-cv-329-RGJ |

**DEFENDANTS' RULE 26 INITIAL DISCLOSURES**

Come the Defendants Foodliner Inc. and James E. Hargrove, by counsel, for their Rule 26 Initial Disclosures, hereby state as follows:

**I.  Individuals likely to have discoverable information.**

a) All persons identified in Plaintiff's Rule 26 Disclosures;

b) Plaintiff Amanda Burdette-Morgan, who may have knowledge of the alleged accident and her alleged damages;

c) Defendant James Hargrove, who may knowledge of the alleged accident;

d) Defendant Foodliner Inc.'s employees/representatives who may knowledge of the alleged accident;

e) Plaintiff's medical treatment providers, who may have knowledge of the alleged accident and Plaintiff's medical treatment and injuries;

f) Any law enforcement personnel who investigated the accident;

g) Any third-party witnesses to the accident;

h) Plaintiff's current and former employers. These individuals may have knowledge of the Plaintiff's employment and lost wage claim; and

i) Any other relevant persons that may become known during discovery.

## II.  **Documents and tangible things that may be relevant to this case.**

a) Plaintiff's medical records, medical bills, employment records, and wage records;

b) Photos, diagrams, and/or video of the accident, accident scene, vehicles involved in the accident, and Plaintiff's alleged injuries;

c) Any Kentucky Uniform Police Traffic Collision Report and any other law enforcement documents;

d) Documentation of any property damage claim of the Plaintiff;

e) Any other relevant documents that may become known during discovery; and

f) Any and all documents identified in Plaintiff's Initial Disclosures.

## III.  **Computation of Damages.**

Defendants are not making a claim for damages at this time.

## IV.  **Insurance.**

Defendants shall provide any insurance information required by the Civil Rules under separate cover.

Defendants reserve the right to supplement these Initial Disclosures in accordance with any Orders of the Court and the Civil Rules.

                BOEHL STOPHER & GRAVES, LLP

                */s/Matthew B. Gay*
                Matthew B. Gay
                400 West Market Street, Suite 2300
                Louisville, KY 40202
                Phone: (502) 589-5980
                Fax: (502) 561-9400
                mgay@bsg-law.com
                COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of November 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Adrian Mendiondo
Sarah Mustian
Morgan & Morgan, Kentucky, PLLC
333 West Vine St., Suite 1200
Lexington, KY 40507
amendiondo@forthepeople.com
sarah.mustian@forthepeople.com
COUNSEL FOR PLAINTIFF

                */s/Matthew B. Gay*
                COUNSEL FOR DEFENDANTS